

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Marvin August Joanis, IV,

Vs. No. 11-25-00147-CR

The State of Texas,

\* From the 142nd District Court
of Midland County,
Trial Court No. CR58526.

\* June 19, 2025

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Marvin August Joanis, IV's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.